Error.

---

THE STATE v. MARCUS JAMES.

Motion of the Attorney General to dismiss the appeal.

*The Attorney General,* for the State.
*Mr. R. B. Burke,* for defendant.

*Per Curiam:* This case was tried at Spring Term, 1890, of Alexander Superior Court The appeal was not docketed here at Fall Term, 1890. There was no application for *certiorari* at that term (*Pittman* v. *Kimberly,* 92 N. C., 562), and no excuse is shown for the delay. Under the repeated decisions of this Court, we must direct the entry to be made.

Appeal dismissed.